FILED

FEB 0 4 2026

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 5:26 CR 0 0 0 5 9 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| JAMES M. MARKHAM, | ) | Sections 664 and 1027 |
| | ) | JUDGE NUGENT |
| Defendant. | ) | |

COUNT 1
(Theft and Embezzlement from Employee Benefit Plan, 18 U.S.C. § 664)

The Grand Jury charges:

1.      From on or about January 3, 2020, through on or about July 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant JAMES M. MARKHAM did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of the Markham Machine Company, Inc., the moneys, funds, securities, premiums, credits, property and other assets of the Markham Machine Company, Inc. Retirement Savings Plan, an employee pension benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974, and of a fund connected with such plan, in violation of Title 18, United States Code, Section 664.

COUNT 2
(False Statement and Concealment of Facts in Employee Benefit Plan Records,
18 U.S.C. § 1027)

The Grand Jury further charges:

2.      On or about June 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant JAMES M. MARKHAM, in a document required by Title I of the Employee Retirement Income Security Act of 1974 ("ERISA") to be published, to wit: the Markham

Machine Company, Inc. Retirement Savings Plan 2020 Annual Report Form 5500, did make a false statement and representation of fact, knowing the same to be false, and did knowingly conceal, cover up and fail to disclose facts, the disclosure of which was required by ERISA in a report required by ERISA to be published, in violation of Title 18, United States Code, Section 1027.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.